

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL KAREEM KABBA<br><br>*Defendant.* | **UNDER SEAL**<br>Case No. 1:24-CR-263-RDA<br><br>Counts 1-6: 18 U.S.C. § 875<br>(Transmission of Interstate Communications with Intent to Extort)<br><br>**Forfeiture Notice** |

## INDICTMENT

December 2024 Term — Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

### OVERVIEW

The charges in this Indictment stem from an extortion scheme in which Abdul Kabba, the defendant, demanded thousands of dollars in payments from victims throughout the United States by threatening to cause substantial economic and reputational harm to the victims if the victims did not accede to Kabba's demands. Specifically, Kabba pretended to be an escort and solicited clients on the internet. After receiving a reply, Kabba would threaten to expose the individual to law enforcement or their family if individual did not send Kabba money. As a result of this scheme, Kabba obtained at least $600,000 from at least 100 victims.

### RELEVANT INDIVIDUALS AND ENTITIES

At all times relevant to his Indictment, unless otherwise stated:

1. Defendant ABDUL KAREEM KABBA ("KABBA") resided in Washington D.C.

2. Bank 1 provided a range of traditional banking services throughout the United States, including in the Eastern District of Virginia, and was a financial institution as defined by

Title 18, United States Code, Section 20.

3. Bank 2 provided a range of traditional banking services throughout the United States, including in the Eastern District of Virginia, and was a financial institution as defined by Title 18, United States Code, Section 20.

4. Individuals P.P., T.B., A.B., E.S., P.U., and C.Y., were victims of extortion.

<u>The Extortion Scheme</u>

5. Beginning in or around August 2020, Abdul Kabba, would buy photos and/or videos of women from websites such as OnlyFans. Using the purchased photos and/or videos, Kabba would create fake escort profiles on websites such as TheEroticReview.com and others.

6. After he posted the fake profiles online, Kabba would assume the identity of the "escort" and communicate with men who wanted to secure their services. Kabba would typically ask them to send a deposit using various peer-to-peer payment platforms ("P2P") such as PayPal, Venmo or through websites such as Wishtender or Throne, which are common websites used by adult content creators to receive money from fans and admirers.

7. Kabba would also ask the men who responded to verify their identities by sending a picture of themselves holding a form of identification such as a driver's license and sending him a link to their social media, such as a Facebook or LinkedIn profile.

8. After a man paid the deposit and sent the information, Kabba would then threaten to alert the police that the men were attempting to solicit a prostitute and threatened to contact their families or places of work unless they sent additional money to him.

*P.P.*

9. On January 1, 2024, Victim P.P., who was located in the Eastern District of Virginia, began communicating online with an individual posing as an escort named "Sara," who

was in fact Kabba. Kabba instructed P.P. via text to send a selfie with 1 finger in the air, a link to social media, photo identification, and a $500 deposit. That same day, P.P. texted a picture of himself with a finger in the air and a picture of his photo identification to "Sara." Additionally, P.P. deposited $500 via the website WishTender to account that appeared to belong to "Sara" but actually was controlled by Kabba.

10. After P.P. paid the deposit, Kabba messaged P.P. and said that he would post on Facebook that P.P. was soliciting a prostitute unless he paid an additional $2,000. Kabba threatened to attach P.P.'s photos and messages to the post. Kabba told P.P. that he had 20 minutes to send him the funds or he would post images of P.P. on Facebook with a caption that read, "Here are email transcripts showing a man going by the name of [P.P.] soliciting a prostitute in the dc area. Please help us bring justice." As instructed, P.P. sent Kabba an additional $2,000. Kabba also told P.P. that he also was required to leave a positive review for "Sara" on an escort website, so other individuals would believe that "Sara" is legitimate.

11. In January 2024, Homeland Security Investigations ("HSI") stopped Kabba at Dulles Airport as part of a sex trafficking operation and referred him to secondary screening. Agents conducted a border search of Kabba's phone. Inside Kabba's phone, HSI found images of P.P., a copy of P.P.'s identification, and messages between P.P. and "Sara." During questioning by HSI, Kabba denied being involved in sex trafficking, but he admitted to being involved in a scheme in which he would steal money from guys who trying to arrange meetings with escorts online. Kabba told HSI, "I have Federal employees, politicians, and famous people paying for services of these girls and I just take their money."

*T.B.*

12. In November 2022, victim T.B., attempted to hire an escort in Chicago, after

3

seeing an advertisement online. Kabba, posing as the escort, had T.B. send his personal information, a link to his Facebook profile, and a deposit via PayPal. Shortly afterwards, T.B. began receiving messages from Kabba, who threatened to expose him for soliciting a prostitute unless he sent additional money. T.B., fearing exposure, complied and sent approximately $9,600 to Kabba via PayPal and another $2,500 to Kabba via Western Union money transfer.

*A.B.*

13. In November 2022, A.B., attempted to hire an escort while he was at a conference in Baltimore, after seeing an online advertisement. Kabba, posing as the escort, had A.B. send a picture of his identification, a picture of his business card and pay a deposit. Shortly afterwards, A.B. began receiving messages from Kabba, who threatened to expose him to his wife, family, and friends unless he sent additional money. A.B., fearing exposure, complied and sent approximately $3,000 to Kabba's bank account at Bank 1.

*E.S.*

14. In November 2022, E.S., attempted to hire an escort based in California, after seeing an online advertisement. Kabba, posing as the escort, had E.S. send a picture of his driver's license and pay a deposit. Shortly afterwards, E.S. began receiving messages from Kabba threatening to expose him unless he sent additional money. E.S., fearing exposure, sent a wire transfer from his bank to Kabba's bank account at Bank 2 and sent funds through Western Union. Months later, Kabba contacted E.S. again seeking more money and E.S. sent Kabba money through MoneyGram and Walmart. After receiving the money, Kabba continued to harass E.S., and after E.S. changed his phone numbers, Kabba sent a message to E.S.'s wife. After receiving the messages, E.S.'s wife sought a divorce. E.S. sent Kabba approximately $30,000 in total.

*P.U.*

15. In September 2023, P.U., attempted to hire an escort in Washington, D.C., after seeing an online advertisement online. Shortly after P.U. sent a deposit, he began to get text messages from several different phone numbers utilized by Kabba threatening to expose him unless he sent additional money to accounts in the name of Kabba. P.U sent approximately $20,000 through Venmo, PayPal, Coinbase, and GoFundMe to Kabba.

*C.Y.*

16. In February 2024, C.Y., attempted to hire an escort in Phoenix, Arizona after seeing an online advertisement. Kabba, posing as the escort, had C.Y. send a picture of his driver's license and a pay a deposit of approximately $1,600 through a website called Throne. Shortly after, Kabba began sending C.Y. messages threatening to expose him for soliciting a prostitute to his family and friends unless he sent Kabba an additional $4,000. C.Y. refused to send any additional money and filed a report with the Internet Crime Complaint Center. C.Y. also disputed the Throne payment through his bank. Kabba texted C.Y., "I have no other way to explain this to you. You literally committed a crime and I have already been given authority to report anyone I chose." Kabba also stated, "Be wise. I was already busted idiot. I avoided jail time by giving client info to police."

## TRANSMISSION OF INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

17. From a date unknown to the Grand Jury but by at least in or around August 1, 2020 through at least in or around October 2024, in the Eastern District of Virginia and elsewhere, the defendant,

ABDUL KAREEM KABBA,

knowingly and with intent to extort, did transmit in interstate and foreign commerce a

5

communication containing a threat to injure the reputation of the victims listed below and the communication contained a demand and request for money or other thing of value:

| Count | Victim | Approximate Date | Description of Threat |
|---|---|---|---|
| 1 | P.P. | January 2024 | Kabba messaged P.P. that he would expose him for soliciting a prostitute unless P.P. sent Kabba money, and thereafter P.P. sent Kabba $2,000. |
| 2 | T.B. | November 2022 | Kabba messaged T.B. that he would expose him for soliciting a prostitute unless T.B. sent Kabba money, and thereafter T.B. sent Kabba $12,100. |
| 3 | A.B. | November 2022 | Kabba messaged A.B. that he would expose A.B. to his wife, family, and friends unless A.B. sent Kabba, and thereafter A.B. sent Kabba approximately $3,000. |
| 4 | E.S. | November 2022 | Kabba messaged E.S. that he would expose him for soliciting a prostitute unless E.S. sent Kabba money, and thereafter E.S. sent Kabba approximately $30,000. |
| 5 | P.U. | September 2023 | Kabba messaged P.U. that he would expose him for soliciting a prostitute unless P.U. sent Kabba money, and thereafter P.U. sent Kabba approximately $20,000. |
| 6 | C.Y. | February 2024 | Kabba messaged C.Y. that he would expose him for soliciting a prostitute unless C.Y. sent Kabba money, and thereafter C.Y. sent Kabba approximately $1,600. |

(All in violation of Title 18, United States Code, Section 875.)

## FORFEITURE NOTICE

THE GRAND JURY HEREBY FINDS PROBABLE CAUSE THAT:

Pursuant to Federal Rule of Criminal Procedure 32.2(a), defendant ABDUL KAREEM KABBA is hereby notified that upon conviction of the offenses alleged in Counts 1-6 (Transmission of Interstate Communications with Intent to Extort) of the Criminal Indictment, ABDUL KAREEM KABBA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) their interest in any

property constituting, or derived from, proceeds they obtained directly or indirectly, as the result of the offense.

The property subject to forfeiture includes, but is not limited to, a sum of money representing the amount involved in the offenses.

If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28 United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

A TRUE BILL:

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

_/s/ Siji Moore_
Siji Moore
Trial Attorney, Fraud Section

JESSICA D. ABER
United States Attorney
Eastern District of Virginia

_/s/ Christopher Hood_
Christopher Hood
Assistant United States Attorney